# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DORENDA TURNER** | : | **DOCKET NO. 03-1123** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **CALCASIEU PARISH SCHOOL BOARD, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

In accordance with today's memorandum ruling,

IT IS ORDERED, ADJUDGED, and DECREED that judgment be, and it is hereby entered in favor of defendants, CALCASIEU PARISH SCHOOL BOARD, JUDE THERIOT, and WAYNE SAVOY, and against plaintiff, DORENDA TURNER, dismissing with prejudice plaintiff's claims in their entirety.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 14th day of September, 2006.

ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE